JAP:TF


12-mj-672

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ELIDO DE JESUS FERNANDEZ RODRIGUEZ,

        Defendant.

- - - - - - - - - - - - - - - - -X

PRE-ARRAIGNMENT
C O M P L A I N T
(21 U.S.C. §§ 952(a)
and 960)

EASTERN DISTRICT OF NEW YORK, SS:

      TAMIKA COMRIE, being duly sworn, deposes and says that she is a Special Agent with Homeland Security Investigations ("HSI"), United States Department of Homeland Security, duly appointed according to law and acting as such.

      Upon information and belief, on or about July 14, 2012, within the Eastern District of New York and elsewhere, the defendant ELIDO DE JESUS FERNANDEZ RODRIGUEZ did knowingly, intentionally and unlawfully import into the United States from a place outside thereof cocaine, a Schedule II controlled substance.

      (Title 21, United States Code, Sections 952(a) and 960).

2

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. On or about July 14, 2012, the defendant ELIDO DE JESUS FERNANDEZ RODRIGUEZ arrived at John F. Kennedy International Airport ("JFK") in Queens, New York, aboard American Airlines Flight 834 from the Dominican Republic.

2. The defendant ELIDO DE JESUS FERNANDEZ RODRIGUEZ was selected for a routine examination by officers from Customs and Border Protection ("CBP"). During that examination, the defendant ELIDO DE JESUS FERNANDEZ RODRIGUEZ appeared nervous and gave false answers to routine questions about his travel.

3. CBP officers then presented the defendant ELIDO DE JESUS FERNANDEZ RODRIGUEZ with an x-ray consent form, which he read, appeared to understand, and signed. He was transported to the medical facility at JFK for an x-ray examination.

4. At the medical facility, an x-ray was taken of defendant ELIDO DE JESUS FERNANDEZ RODRIGUEZ's intestinal tract, and it was positive for foreign bodies. Later that day, the defendant ELIDO DE JESUS FERNANDEZ RODRIGUEZ passed 5 pellets, one of which field-tested positive for cocaine. The defendant was placed under arrest.

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

WHEREFORE, your deponent respectfully requests that the defendant ELIDO DE JESUS FERNANDEZ RODRIGUEZ be dealt with according to law.

Tamika Comrie
Special Agent
Homeland Security Investigations

Sworn to before me this
16th day of July, 2012