JAP:NR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | SUPPLEMENTAL AFFIDAVIT |
| - against - | (21 U.S.C. §§ 952(a) and 960) |
| ELIDO DE JESUS FERNANDEZ RODRIGUEZ, | 12-M-0672 |
| Defendant. | |

- - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

      JAMES HOLT, being duly sworn, deposes and states that he is a Special Agent with Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on July 16, 2012.

      Commencing on or about July 14, 2012, the defendant ELIDO DE JESUS FERNANDEZ RODRIGUEZ passed a total of 68 pellets with a total gross weight of 1,096.0 grams of cocaine.

WHEREFORE, your deponent respectfully requests that the defendant ELIDO DE JESUS FERNANDEZ RODRIGUEZ be dealt with according to law.

JAMES HOLT
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations